United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | De Leon, Cesar |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, July 28, 2021 |
| Re: | 05:21-M -00605-HJB / Doc # 17 / Filed On: 07/23/2021 06:13 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
  Remarks: ***DOCUMENT DEFICIENT-MISSING A PROPOSED ORDER. PLEASE FILE THE PROPOSED ORDER ONLY (USING THE ATTACHMENT EVENT/EDIT TEXT) AND LINK TO THE ORIGINAL MOTION.***